# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: **CYNTHIA LEE ANDERSEN** ) ) ) ) ) ) ) ) ) | MISC. BUSINESS DOCKET<br>No: 19-mc-91375-PBS |

## ORDER OF IMMEDIATE ADMINISTRATIVE SUSPENSION

WHEREAS, on July 19, 2019, the Supreme Judicial Court for the Commonwealth of Massachusetts has cause to file with this Court a certified copy of an Order of Immediate Administrative Suspension with respect to Attorney **CYNTHIA LEE ANDERSEN**.

1. WHEREAS, pursuant to Local Rule 83.6.9(b), on September 5, 2019, "Notice of Filing of Disciplinary Action" and "Order to Show Cause" were filed in this Court and copies sent (along with a copy of the Local Rule) via certified mail to **CYNTHIA LEE ANDERSEN**;

2. WHEREAS, on September 30, 2019, the certified mail package is being returned to the Court and marked "Unclaimed;"

3. WHEREAS, pursuant to Local Rule 83.5.6(a), notice mailed to an attorney's last address of record constitutes due notice.

WHEREFORE, pursuant to Local Rule 83.6(2)(D), this Court hereby imposes the identical discipline, and **CYNTHIA LEE ANDERSEN** is hereby Suspended from the practice of law before this court until further notice.

_10/15/19_
Date

_/s/ Patti B. Saris_
Patti B. Saris, Chief Judge